# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

No. 15-cr-81 (JNE/SER)
ORDER

Matthew James Martinka,

        Defendant.

---

Defendant Matthew James Martinka has filed a motion to suppress evidence. In a Report and Recommendation dated June 15, 2015, the United States Magistrate Judge recommends that the motion be denied.

Martinka did not object to the Report and Recommendation. After conducting a de novo review of the record, the Court now adopts it.

Based on the files, records, and proceedings herein, and for the reasons discussed above, IT IS ORDERED THAT:

1. The Report and Recommendation [ECF No. 27] is ADOPTED.
2. Defendant's Motion to Quash the Search Warrant and Suppress All Evidence Seized Pursuant to the Search Warrant [ECF No. 21] is DENIED.

Dated: July 13, 2015

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge